**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    GARY J. GRISER
    MARIA F. GRISER
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:20-20111 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/10/2020  and confirmed on 06/30/2020 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,018.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,018.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,609.73 | |
|     Trustee Fee | 807.60 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,417.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 7,260.25 | 0.00 | 7,260.25 |
|     Acct: 6463 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 6,670.53 | 0.00 | 0.00 | 0.00 |
|     Acct: 6463 | | | | |
|   LENDMARK FINANCIAL SERVICES LLC | 3,560.53 | 0.00 | 0.00 | 0.00 |
|     Acct: 1624 | | | | |
|   CLEARVIEW FCU** | 12,365.48 | 1,625.01 | 715.41 | 2,340.42 |
|     Acct: 9395 | | | | |
|   COMMUNITY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7427 | | | | |
|   MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8618 | | | | |
|   ONE MAIN FINANCIAL GRP LLC - A/S/F SPI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5692 | | | | |
| | | | | 9,600.67 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| GARY J. GRISER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 2,140.00 | 1,609.73 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 113,890.43 | 0.00 | 0.00 | 0.00 |
| Acct: 7175 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,375.73 | 0.00 | 0.00 | 0.00 |
| Acct: 5026 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6846 | | | | |
| AFFIRM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 43LN | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,574.55 | 0.00 | 0.00 | 0.00 |
| Acct: 1847 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,200.54 | 0.00 | 0.00 | 0.00 |
| Acct: 1896 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 774.09 | 0.00 | 0.00 | 0.00 |
| Acct: 4246 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 517.68 | 0.00 | 0.00 | 0.00 |
| Acct: 9031 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1913 | | | | |
| INDIGO CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4016 | | | | |
| QUANTUM3 GROUP LLC - AGENT GPCC I L | 180.64 | 0.00 | 0.00 | 0.00 |
| Acct: 7511 | | | | |
| FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1266 | | | | |
| FNCC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7848 | | | | |
| CLEVELAND BROTHERS EQUIPMENT CO* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 1,118.12 | 0.00 | 0.00 | 0.00 |
| Acct: 6550 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 148.53 | 0.00 | 0.00 | 0.00 |
| Acct: 4647 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9501 | | | | |
| CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5983 | | | | |
| LVNV FUNDING LLC | 1,627.84 | 0.00 | 0.00 | 0.00 |
| Acct: 1904 | | | | |
| LVNV FUNDING LLC | 1,157.87 | 0.00 | 0.00 | 0.00 |
| Acct: 8416 | | | | |
| LVNV FUNDING LLC | 628.24 | 0.00 | 0.00 | 0.00 |
| Acct: 3522 | | | | |
| LVNV FUNDING LLC | 462.12 | 0.00 | 0.00 | 0.00 |
| Acct: 1650 | | | | |
| CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8577 | | | | |
| US DEPARTMENT OF EDUCATION - NELNE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7147 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8111 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | ENHANCED RECOVERY COMPANY<br>Acct: 1495 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PINNACLE CREDIT SERVICES LLC<br>Acct: 0001 | 673.63 | 0.00 | 0.00 | 0.00 |
| | FNB CONSUMER DISCOUNT CO<br>Acct: 3501 | 0.00 | 0.00 | 0.00 | 0.00 |
| | THE FAIRVILLE CO LP<br>Acct: 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PREMIER BANKCARD LLC; JEFFERSON C/<br>Acct: 1463 | 928.93 | 0.00 | 0.00 | 0.00 |
| | PREMIER BANKCARD LLC; JEFFERSON C/<br>Acct: 3788 | 769.78 | 0.00 | 0.00 | 0.00 |
| | IC SYSTEM INC++<br>Acct: 4484 | 0.00 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 7003 | 1,078.89 | 0.00 | 0.00 | 0.00 |
| | JPMORGAN CHASE BANK NA<br>Acct: 8556 | 0.00 | 0.00 | 0.00 | 0.00 |
| | KASHABLE LLC<br>Acct: 3262 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LENDMARK FINANCIAL SERVICES LLC<br>Acct: 1740 | 6,113.36 | 0.00 | 0.00 | 0.00 |
| | MERRICK BANK<br>Acct: 8873 | 1,701.31 | 0.00 | 0.00 | 0.00 |
| | MERRICK BANK<br>Acct: 4472 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MONEY LION<br>Acct: 6259 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F O<br>Acct: 4242 | 6,846.64 | 0.00 | 0.00 | 0.00 |
| | PA DEPARTMENT OF REVENUE*<br>Acct: 5026 | 556.81 | 0.00 | 0.00 | 0.00 |
| | PENN CREDIT CORPORATION++<br>Acct: 0118 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PLAIN GREEN LOANS LLC*<br>Acct: 3267 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PLAZA HOME MORTGAGE INC<br>Acct: 9648 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SANTANDER CONSUMER USA(*)<br>Acct: 1000 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SEARS/CITI CARD USA*++<br>Acct: 5543 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SOMERSET TRUST COMPANY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | SPRINGLEAF FINANCIAL SERVICES INC(*)<br>Acct: 4242 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LL(<br>Acct: 0846 | 1,129.37 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LL(<br>Acct: 2661 | 425.83 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 3691 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK<br>Acct: 2661 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PHELAN HALLINAN DIAMOND & JONES LLI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MAIELLO BRUNGO & MAEILLO LLP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | FOX AND FOX | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,094.08 | 0.00 | 0.00 | 0.00 |
| Acct: 8338 | | | | |
| TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6246 | | | | |
| TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8930 | | | | |
| THINK CASH FDB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7635 | | | | |
| UNITED AUTO CREDIT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9001 | | | | |
| USA CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0391 | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO FU | 1,004.96 | 0.00 | 0.00 | 0.00 |
| Acct: 0684 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3585 | | | | |
| WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2840 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 9,786.53 | 0.00 | 0.00 | 0.00 |
| Acct: 6528 | | | | |
| ONE MAIN FINANCIAL GRP LLC - A/S/F SPI | 2,225.08 | 0.00 | 0.00 | 0.00 |
| Acct: 5692 | | | | |
| NORWIN SD (N HUNTINGDON) (EIT)** | 731.17 | 0.00 | 0.00 | 0.00 |
| Acct: 7175 | | | | |
| INTERNAL REVENUE SERVICE* | 12,440.55 | 0.00 | 0.00 | 0.00 |
| Acct: 7175 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                                9,600.67

TOTAL CLAIMED
PRIORITY            115,266.16
SECURED              22,596.54
UNSECURED            56.897.14

Date: 06/17/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com