# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>　　GARY J. GRISER<br>　　MARIA F. GRISER<br>　　　　　　Debtor(s) | Case No. 20-20111JAD |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 01/10/2020.

　　2)　The plan was confirmed on 06/30/2020.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 08/05/2020.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 02/18/2021.

　　5)　The case was dismissed on 04/30/2021.

　　6)　Number of months from filing to last payment: 0.

　　7)　Number of months case was pending: 17.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted: $37,567.00.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,018.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $12,018.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,609.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $807.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,417.33

Attorney fees paid and disclosed by debtor:     $1,860.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFIRM INC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 1,184.00 | 1,200.54 | 1,200.54 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 774.00 | 774.09 | 774.09 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 517.00 | 517.68 | 517.68 | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | NA | 9,786.53 | 9,786.53 | 0.00 | 0.00 |
| CLEARVIEW FCU** | Secured | 13,216.00 | 12,365.48 | 12,365.48 | 1,625.01 | 715.41 |
| CLEVELAND BROTHERS EQUIPMENT | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY BANK(*) | Secured | 20,205.00 | 20,701.39 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL SERVICE | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSN. | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Unsecured | 2,469.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| FNB CONSUMER DISCOUNT CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FNCC | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| FNCC | Unsecured | 1,145.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC++ | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| INDIGO CREDIT CARD | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 15,000.00 | 113,890.43 | 113,890.43 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 12,440.55 | 12,440.55 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 1,670.00 | 1,574.55 | 1,574.55 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 1,078.00 | 1,078.89 | 1,078.89 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 916.00 | NA | NA | 0.00 | 0.00 |
| KASHABLE LLC | Unsecured | 2,995.00 | NA | NA | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES L | Unsecured | 5,048.00 | 6,113.36 | 6,113.36 | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES L | Secured | 3,244.00 | 3,560.53 | 3,560.53 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 2,234.00 | 1,627.84 | 1,627.84 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,060.00 | 1,157.87 | 1,157.87 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,013.00 | 628.24 | 628.24 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LVNV FUNDING LLC | Unsecured | 475.00 | 462.12 | 462.12 | 0.00 | 0.00 |
| MARINER FINANCE LLC | Secured | 11,282.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,791.00 | 1,701.31 | 1,701.31 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,472.00 | NA | NA | 0.00 | 0.00 |
| MONEY LION | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| NORWIN SD (N HUNTINGDON) (EIT)* | Unsecured | NA | 731.17 | 731.17 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC A | Unsecured | 6,052.00 | 6,846.64 | 6,846.64 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GRP LLC - A/S | Unsecured | 0.00 | 2,225.08 | 2,225.08 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GRP LLC - A/S | Secured | 7,925.00 | 5,800.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 556.81 | 556.81 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 0.00 | 1,375.73 | 1,375.73 | 0.00 | 0.00 |
| PENN CREDIT CORPORATION++ | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Secured | 100,992.00 | 104,159.18 | 0.00 | 7,260.25 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Secured | 0.00 | 6,670.53 | 6,670.53 | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC | Unsecured | 142.00 | 673.63 | 673.63 | 0.00 | 0.00 |
| PLAIN GREEN LOANS LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PLAZA HOME MORTGAGE INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,132.00 | 1,094.08 | 1,094.08 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,167.00 | 1,129.37 | 1,129.37 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 425.00 | 425.83 | 425.83 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 928.00 | 928.93 | 928.93 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 769.00 | 769.78 | 769.78 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT GP | Unsecured | 152.00 | 180.64 | 180.64 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CON | Unsecured | 1,078.00 | 1,118.12 | 1,118.12 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CON | Unsecured | 69.00 | 148.53 | 148.53 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - SAD | Unsecured | 943.00 | 1,004.96 | 1,004.96 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOMERSET TRUST COMPANY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES I | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 4,676.00 | NA | NA | 0.00 | 0.00 |
| TBOM RETAIL | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| TBOM RETAIL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE FAIRVILLE CO LP | Unsecured | 29,106.00 | NA | NA | 0.00 | 0.00 |
| THINK CASH FDB++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED AUTO CREDIT CORP(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 2,871.00 | NA | NA | 0.00 | 0.00 |
| USA CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $7,260.25 | $0.00 |
| Mortgage Arrearage | $6,670.53 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,365.48 | $1,625.01 | $715.41 |
| All Other Secured | $3,560.53 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$22,596.54** | **$8,885.26** | **$715.41** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $115,266.16 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$115,266.16** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$56,897.14** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $2,417.33 |
| Disbursements to Creditors | $9,600.67 |
| **TOTAL DISBURSEMENTS:** | **$12,018.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/18/2021                                    By: /s/ Ronda J. Winnecour
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**